## 34795. REED *v.* BURT.

FELTON, J.   Where a plaintiff was a paying passenger riding in the defendant's taxicab, which was being operated by the plaintiff's husband as the defendant's driver, and the plaintiff was injured due to the driver's negligence, the plaintiff is not precluded from recovery merely because the defendant's driver happened to be her husband. *Garnto* v. *Henson,* 88 *Ga. App.* 320 (76 S. E. 2d 636).   The court did not err in overruling the general demurrer to the petition.

*Judgment affirmed.   Sutton, C. J., and Quillian, J., concur.*

DECIDED OCTOBER 23, 1953.

*Young, Hollis, Fort & Drake,* for plaintiff in error.

*Wm. A. Leonard, Grover C. Willis, Jr.,* contra.

## 34340. BURNS *et al. v.* RALSTON PURINA COMPANY.

FELTON, J.   The judgment of this court affirming the judgment of the lower court which overruled the motion for a new trial, having been reversed by the Supreme Court (*Burns* v. *Ralston Purina Co.,* 210 *Ga.* 82, 77 S. E. 2d 739), the judgment of affirmance by this court is hereby vacated and the judgment of the trial court is reversed because the court erred in overruling the motion for a new trial.

*Judgment reversed.   Townsend and Quillian, JJ., concur.   Townsend, J., was designated to preside in place of Sutton, C. J., disqualified.*

DECIDED OCTOBER 23, 1953.

*Wheeler, Robinson & Thurmond,* for plaintiffs in error.

*Kenyon, Kenyon & Gunter,* contra.